## No. 16,844.

### ROBERTS ET AL. *v.* ROBERTS.
(261 P. [2d] 158)

Decided August 31, 1953.   Rehearing denied September 21, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Chief Justice Stone, not participating.

Mr. WALDO RIFFENBURGH, Messrs. HUGHES & DORSEY, Mr. E. G. KNOWLES, for plaintiffs in error.

Mr. FANCHER SARCHET, Mr. JOHN J. TOBIN, for defendant in error.